**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **YACHT WORKS, INC., for itself and others,** **Plaintiff** | |
| **v.** | CA 07 375ML |
| **LAURA HELENE ANDRE INC., In Personam** | **CIVIL ACTION NO.** |
| **AND** | |
| **S/V APACHE, her engines, tackle and equipment, In Rem** **Defendants** | |

**COMPLAINT AND PRAYER FOR *IN REM* ARREST**

Now comes the plaintiff, by and through its attorneys, Holbrook & Murphy, and proceeds *in rem* against the defendant vessel, S/V APACHE, to enforce a maritime lien, and *in personam* against defendant, Laura Helene Andre Inc. ("LHA"), for amounts owed and/or for any deficiency thereof.

**JURISDICTION**

1. Subject matter jurisdiction of this Honorable Court is based upon 28 U.S.C. sect. 1333 and the Commercial Instruments and Maritime Liens Act, as amended and recodified at 46 U.S.C. sect. 31301-31343. This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears and is an admiralty and maritime claim to enforce a maritime lien, within the meaning of Rule 9(h) of the Federal Rules of Procedure. The plaintiff, Yacht Works, Inc., requests that the special relief provided in Rule C of the Supplemental Rules for Certain Maritime and Admiralty Claims of the Federal Rules of Civil Procedure be granted with the

arrest of the defendant vessel S/V APACHE.

## PARTIES

2. Plaintiff, Yacht Works, Inc. ("YWI"), is a corporation with its principal place of business in Florida.

3. At all times relevant hereto, plaintiff, and other entities on whose behalf it is acting, including Super Yacht, Paradise Marine, Andrew Piacante, Comfort Marine, Austin Phillips, Atlas Marine, Robert Nance and General Fabrics performed work on the APACHE or provided services to the APACHE and thus have a valid maritime lien on the S/V APACHE being sued upon in this action.

4. Defendant, S/V APACHE, is a vessel owned by defendant, Laura Helene Andre Inc. It is a 104 foot ketch sailing vessel which is currently at Newport Shipyard located in Newport, Rhode Island and during the pendency of this action will be within the jurisdiction of this Honorable Court.

5. Defendant, Laura Helene Andre Inc., is a corporation with a place of business in Pennsylvania.

6. At all times relevant hereto, the defendant Laura Helene Andre Inc., was, and still is, the owner of the S/V APACHE and all the work done by YWI, and the other entities on whose behalf this action is brought, was done on the S/V APACHE while the vessel has been owned by LHA.

## COUNT I
## Enforcement of a Maritime Lien
## Against the S/V APACHE *In Rem*

7. Defendant Laura Helene Andre Inc. entered into a contract and subsequent agreements with plaintiff Yacht Works Inc., for various types of work and various materials to be supplied to

the APACHE. The work was performed and the materials were supplied by YWI and other entities on whose behalf this action is brought.

8. Defendant Laura Helene Andre Inc. has not paid the plaintiff, Yacht Works, Inc.

9. As of this date, the defendant Laura Helene Andre Inc. owes $75,327 plus interest to Yacht Works, Inc. pursuant to the contract and subsequent agreements.

10. The plaintiff, Yacht Works, Inc. has performed all conditions to enforcing a maritime lien.

**COUNT II**
***In Personam* Action Against Laura Helene Andre Inc.**

11. The plaintiff repeats and reaffirms the allegations set forth in Paragraphs One (1) through Ten (10) of this complaint as if fully reinstated herein.

12. Pursuant to the terms of the contract and subsequent agreements, as well as maritime law, the defendant Laura Helene Andre Inc. is liable for the amount of the outstanding balance whether it be the total amount or the amount secured by the vessel or any deficiency thereof.

WHEREFORE, plaintiff respectfully demands that the Court:

1. Issue process in due form of law, according to the practice of this Honorable Court in matters of admiralty and maritime jurisdiction, against defendant vessel, S/V APACHE and the defendant Laura Helene Andre Inc.;

2. Cite all persons having or claiming an interest therein to appear and answer this complaint;

3. As to Count I, enter judgment in favor of plaintiff for the full amount due under the contract with interest, costs, and expenses collection, including reasonable attorneys' fees as provided for in the contract, and order the defendant vessel S/V APACHE condemned and sold to pay its debts;

4. As to Count II, enter judgment against the defendant Laura Helene Andre Inc. individually, and in favor of plaintiff for its damages as aforesaid, including, but not limited to, any outstanding deficiency which may accrue pursuant to the public sale of vessel S/V APACHE, together with interest, costs and reasonable attorneys' fees; and

5. Grant plaintiff such other relief as justice may require.

**Yacht Works, Inc.**
By its attorneys,

Seth S. Holbrook

Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com