**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **YACHT WORKS, INC., for itself and others,**<br>**Plaintiff**<br><br>**v.**<br><br>**LAURA HELENE ANDRE INC.,**<br>**In Personam**<br><br>**AND**<br><br>**S/V APACHE,**<br>**her engines and equipment,**<br>**In Rem**<br>**Defendants** | CA 07 375 ML<br><br>**CIVIL ACTION NO.**<br><br>FILED<br>OCT 0 9 2007<br>U.S. DISTRICT COURT<br>DISTRICT OF RHODE ISLAND |

## VERIFICATION

I, Seth S. Holbrook, being duly sworn depose and say:

I am an attorney at law and a member of the law firm of Holbrook & Murphy, 238 Lewis Wharf, Boston, Massachusetts, counsel to plaintiff herein;

The foregoing complaint is true to the knowledge of the deponent except as to matters herein stated to be alleged upon knowledge and belief and as to those matters, I believe them to be true;

The source of deponent's knowledge and the grounds of his belief as to all matters not stated as of his own knowledge are conversations with Michael Marcin, the president of the plaintiff herein and review of documents provided and made a part of Plaintiff's Complaint.

Seth S. Holbrook
_______________________
Seth S. Holbrook

COMMONWEALTH OF MASSACHUSETTS

Then personally appeared the above-named Seth S. Holbrook, before me and stated that he has read the foregoing Complaint and Verification and the contents thereof are true to the best of his knowledge, information and belief.

Notary Public
My Commission Expires:
3/16/2012

**Yacht Works, Inc.**
By its attorneys,

Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com