**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
OCT 9 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**YACHT WORKS, INC., for itself and others,**
**Plaintiff**

**v.**

**LAURA HELENE ANDRE INC., In Personam**

**AND**

**S/V APACHE, her engines and equipment, In Rem**
**Defendants**

**CIVIL ACTION NO.** CA07-375ML

**IN REM WARRANT OF ARREST**

**THE PRESIDENT OF THE UNITED STATES OF AMERICA:**

**To the Marshal of the District of Rhode Island or his/her deputies:**

**GREETING:**

**WHEREAS a complaint has been filed in the United States District Court for the District of Rhode Island.**

Upon an admiralty and maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action;

You are therefore commanded to attach the said S/V APACHE, Her Engines, Tackle, etc. now located in Newport in said District, and to detain the same in your custody until further order of the Court respecting the same.

DATED AT PROVIDENCE, October 9th, 2007

David DiMarzio, CLERK

~~By~~:

David L. Martin

~~Deputy Clerk~~ U.S. MAGISTRATE JUDGE

NOTE: The claimant of property seized hereunder shall file his claim within 10 days after this Warrant has been executed, and shall serve his answer within 20 days after filing of the claim.