**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **YACHT WORKS, INC., for itself and others,** Plaintiff | 07 375 ML |
| v. | |
| **LAURA HELENE ANDRE INC., In Personam** | **CIVIL ACTION NO.** |
| **AND** | |
| **S/V APACHE, her engines, tackle and equipment, In Rem** Defendants | |

**PLAINTIFF'S MOTION FOR AN ORDER DIRECTING**
**CLERK TO ISSUE WARRANT FOR ARREST OF VESSEL**

Now comes the plaintiff by and through its attorneys, Holbrook & Murphy, and moves this Honorable Court to order the clerk to issue a warrant for the arrest of the S/V APACHE, pursuant to Supplemental Rule C (3)(a)(ii)(A) of the Federal Rules of Civil Procedure.

Plaintiff states that conditions for an *in rem* action appear to exist. Also, the vessel is, upon information and belief, afloat and there is a high risk the vessel could leave the jurisdiction, to the severe prejudice of the plaintiff.

WHEREFORE, plaintiff prays that this Honorable Court issue an order directing the clerk to issue a warrant of the arrest of the S/V APACHE.

Granted
David L Martin
USMJ
10-9-07

**YACHT WORKS, INC.**
By its attorneys,

/s/ Seth S. Holbrook

Seth S. Holbrook, BBO # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com