**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

PLAINTIFF: Yacht Works Inc. ets

COURT CASE NUMBER: 07-375-ML

DEFENDANT: s/v APACHE et al

TYPE OF PROCESS: In rem warrant of arrest

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: s/v APACHE, at Newport Shipyard

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: Newport, RI

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Seth Holbrook
Holbrook + Murphy
238 Lewis Wharf
Boston, MA 02110
617-428-1151

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold

Substitute custodian will be National Maritime Services contact person Bill O'Dellor Mark Brown @ 954-791-9601 My cell # is 617-645-6730. Please publish in Providence Journal in usual manner.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Seth S. Holbrook | ☑ PLAINTIFF ☐ DEFENDANT | 617-428-1151 | 10/9/07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 70 | No. 70 | Edward R. Kawa | 10/9/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Michael T. Wettstone + Codbert C. DeFreitas

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*: S/V APACHE Seized at Newport RI Shipyard

Date: 10/11/2007 Time: 1530 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $405.00 | 70 miles $33.95 | | $438.95 | $2,500.00 | |

REMARKS: S/V Apache Seized. Wettstone + DeFreitas Removed from Vessel w/ Their clothing + Belongings. Wettstone notified owner, Harry Poulos of Seizure @ cell 610-725-9200 x1

2 DUSMs / 4.5 hours / 70 miles Round Trip / 1 End.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00