# HOLBROOK & MURPHY

**ATTORNEYS AT LAW**
**PROCTORS IN ADMIRALTY**

**238-240 Lewis Wharf**
**BOSTON, MASSACHUSETTS 02110**

**TELEPHONE (617) 428-1151**
**FACSIMILE (617) 428-6919**
**E-MAIL: holbrook_murphy@msn.com**


BY ELECTRONIC MAIL October 17, 2007

Hon. David L. Martin
United States District Court for the District of Rhode Island
John O. Pastore Building
Providence, RI 02903

Re: Yacht Works, Inc., v. Laura Helene Andre, Inc.,
Civil Action No. 07-375-ML-DLM

Dear Judge Martin:

The undersigned represents the plaintiff. This letter concerns the hearing you have scheduled for tomorrow regarding the Motion to Appoint Substitute Custodian.

Opposing counsel, Jeff Miller, who represents the owner and defendants, and I have agreed that the vessel will be released shortly by the owner posting a bond and signing a letter of undertaking. We are currently working out the details. As the vessel will be released, this will moot the issues surrounding the motion. We have also agreed there is no need for the hearing that you had put on for tomorrow.

Accordingly, I respectfully request the hearing be taken off the list.

Thank you and please call if you have any questions.

Respectfully submitted,

/s/ Seth S. Holbrook

Seth S. Holbrook, RI Bar # 5677

Cc: Jeffrey Miller, Esq. (by electronic mail)