UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

CASE NO.: CA-07-375ML

| | |
|---|---|
| YACHT WORKS, INC., for itself and Others, | ) |
| Plaintiff, | ) |
| v. | ) |
| LAURA HELENE ANDRE, INC., *In Personam* | ) |
| AND | ) |
| S/V APACHE, her engines, tackle and equipment, *In Rem* | ) |
| Defendants | ) |

**ENTRY OF APPEARANCE**

I, Matthew B. Smith, hereby enter my appearance on behalf of the Claimant, on the above-referenced matter.

FIRM NAME
Attorney for Laura Helene Andre, Inc.

Matthew B. Smith, Esq. # 4120
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 (fax)