UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

CASE NO.: CA-07-375ML

YACHT WORKS, INC., for itself and Others,

Plaintiff,

v.

LAURA HELENE ANDRE, INC., *In Personam*

AND

S/V APACHE, her engines, tackle and equipment, *In Rem*

Defendants

VERIFIED CLAIM OF OWNER

COMES NOW, LAURA HELENE ANDRE, INC. ("Claimant"), by and through its undersigned counsel, and pursuant to Supplemental Admiralty Rule C (6)(b) files this Claim of Owner for the S/V *APACHE*, asserting its sole ownership of the vessel and its right to defend the interests of the S/V *APACHE* , *in rem*, against the allegations contained in the Verified Complaint of Yacht Works, Inc. In filing this claim of owner, Claimant reserves all of its rights, claims and defenses none of which are deemed waived. The undersigned attorneys have been authorized by Laura Helene Andre, Inc. to file this Claim of Owner on their behalf.

Respectfully Submitted,

Harry Polous

STATE OF RHODE ISLAND)

COUNTY OF PROVIDENCE)

**VERIFICATION**

**BEFORE ME**, being duly sworn, Matthew B. Smith deposes and says: that he is admitted to practice in the State of Rhode Island and is local counsel for Defendant LAURA HELENE ANDRE, INC., and that the foregoing Claim of Owner is true to the best of his knowledge, information and belief, and that he is authorized to sign this Claim of Owner on behalf of LAURA HELENE ANDRE, INC. The undersigned's knowledge, information and belief is based upon correspondence with Harry Polous, Director of Laura Helene Andre, Inc. and review of the vessel's registry documentation. The reason this verification is not made by the corporate representatives of Defendant LAURA HELENE ANDRE, INC., Ltd, is that they are located outside of the jurisdiction.

DATED October 25, 2007

\s\ Matthew B. Smith, Esq.
Matthew B. Smith, Esq.

Sworn to and subscribed before me this 25th day of October, 2007 by, Matthew B. Smith who is personally known to me or who produced a driver's license as identification.

\s\ Natasha F. Mieses
Notary Public: Natasha F. Mieses
My Commission Expires:10/20/08

**CERTIFICATION**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 25, 2007.

/s/ Matthew B. Smith, Esq.