DHS USCG CG-1270 (REV. 06-03) OMB APPROVED 2115-0110

# UNITED STATES OF AMERICA

## DEPARTMENT OF HOMELAND SECURITY
## UNITED STATES COAST GUARD

### NATIONAL VESSEL DOCUMENTATION CENTER

# *CERTIFICATE OF DOCUMENTATION*

| VESSEL NAME | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|
| APACHE | 1171716 | 001 | 1994 |

| HAILING PORT | HULL MATERIAL | MECHANICAL PROPULSION |
|---|---|---|
| FORT LAUDERDALE, FL | ALUMINUM | YES |

| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
|---|---|---|---|---|
| 68 GT ITC | 20 NT ITC | 93.2 | 20.7 | 8.2 |

PLACE BUILT
ST NAZAIRE, FRANCE

| OWNERS | OPERATIONAL ENDORSEMENTS |
|---|---|
| LAURA HELENE ANDRE INC | RECREATION |

MANAGING OWNER
LAURA HELENE ANDRE INC
73 CHESTNUT ROAD
PAOLI, PA 19301

RESTRICTIONS
NO COASTWISE: FOREIGN BUILT
NO FISHERY: FOREIGN BUILT

ENTITLEMENTS
NONE

REMARKS
NONE

ISSUE DATE
SEPTEMBER 15, 2005

THIS CERTIFICATE EXPIRES
SEPTEMBER 30, 2006

LKN

DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

PREVIOUS EDITION OBSOLETE THIS CERTIFICATE MAY NOT BE ALTERED