STATE OF RHODE ISLAND)

COUNTY OF PROVIDENCE)

**VERIFICATION**

**BEFORE ME**, being duly sworn, Matthew B. Smith deposes and says: that he is admitted to practice in the State of Rhode Island and is local counsel for Defendant LAURA HELENE ANDRE, INC., and that the foregoing Claim of Owner is true to the best of his knowledge, information and belief, and that he is authorized to sign this Claim of Owner on behalf of LAURA HELENE ANDRE, INC. The undersigned's knowledge, information and belief is based upon correspondence with Harry Polous, Director of Laura Helene Andre, Inc. and review of the vessel's registry documentation. The reason this verification is not made by the corporate representatives of Defendant LAURA HELENE ANDRE, INC., Ltd, is that they are located outside of the jurisdiction.

DATED October 25, 2007

\s\ Matthew B. Smith, Esq.
Matthew B. Smith, Esq.

Sworn to and subscribed before me this 25th day of October, 2007 by, Matthew B. Smith who is personally known to me or who produced a driver's license as identification.

\s\ Natasha F. Mieses
Notary Public: Natasha F. Mieses
My Commission Expires: 10/20/08