UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

CASE NO.: CA-07-375ML

YACHT WORKS, INC., for itself and Others, )
)
)
Plaintiff, )
v. )
)
LAURA HELENE ANDRE, INC., )
*In Personam* )
)
AND )
)
S/V APACHE, her engines, tackle and )
equipment, *In Rem* )
)
Defendants )
)

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT**

Pursuant to LR Cv 29(b), it is hereby stipulated by and between the undersigned counsel that the time within which Defendants, Laura Helene Andre, Inc. and the S/V *Apache*, may answer or otherwise respond to Plaintiff's Verified Complaint is extended by a period of Seven (7) days through and including November 21, 2007.

/s/ ***Seth S. Holbrook***
Seth S. Holbrook, RI Bar #5677
HOLBROOK & MURPHY
Attorneys for Plaintiff
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

/s/ *Jeffrey W. Miller*
Jeffrey W. Miller, Fla Bar #0012609
BOSSHARDT & MILLER LLP
Attorneys for Defendants
1600 S.E.17th Street Causeway, Suite 405
Ft. Lauderdale, Florida 33316
(954) 764-7772
jeff@yachtlawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically this __13th___ day of November 2007.

/s/ *Matthew B. Smith* __________

Matthew B. Smith
R.I. Bar No.: 4120
1206 Westminster Street
Providence Rhode Island, 02909
Tel. (401) 453-0700
Fax. (401) 454-5557