UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

CASE NO.: CA-07-375ML

YACHT WORKS, INC., for itself and Others, )
)
Plaintiff, )
v. )
)
LAURA HELENE ANDRE, INC., *In Personam* )
)
AND )
)
S/V APACHE, her engines, tackle and equipment, *In Rem* )
)
Defendants )

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants Laura Helene Andre Inc. and the S/V Apache, hereby move that Robert R. Edwards of BOSSHARDT & MILLER LLP, 1600 SE 17th Street, Suite 405, Ft. Lauderdale Florida, 33316 be admitted PRO HAC VICE in the above styled case as counsel with local counsel identified below.

Respectfully submitted,

/s/ Matthew B. Smith
Laura Helene Andre Inc. and S/V Apache, Defendants
By: Matthew B. Smith
R.I. Bar ID No.: 4120
1206 Westminster Street
Providence Rhode Island, 02909
DATED: November 21, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the State Bar of Florida and of the District Courts for the Middle and Southern Districts of Florida and Circuit Court of Appeals for the Eleventh Circuit.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys: there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this district during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

__/s/ *Robert R. Edwards*
Robert R. Edwards
Fla. Bar No.: 7700851
BOSSHARDT & MILLER LLP
1600 S.E. 17th Street Causeway, Suite 405
Fort Lauderdale, Florida 33316
Tel. (954) 764-7772
Fax (954) 764-8176

---

I certify that I have read and join in the foregoing motion and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Matthew B. Smith
Matthew B. Smith
R.I. Bar No.: 4120
1206 Westminster Street
Providence Rhode Island, 02909
Tel. (401) 453-0700
Fax. (401) 454-5557

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically this 21st day of November, 2007.

/s/ Matthew E. Smith, Esq.