**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **YACHT WORKS, INC.,**<br>**Plaintiff**<br><br>**v.**<br><br>**LAURA HELENE ANDRE INC.,**<br>**In Personam**<br><br>**AND**<br><br>**S/V APACHE,**<br>**her engines and equipment,**<br>**In Rem**<br>**Defendants** | ) | **CIVIL ACTION NO.:**<br>**07-cv-00375-ML-DLM** |

**PLAINTIFF'S MOTION FOR ORDER OF PUBLICATION**

NOW COMES the Plaintiff, by and through its undersigned attorneys and moves that this Court order the publication of the following notice in *The Providence Journal*, pursuant to Supplemental Rule C (d)(4) of the Federal Rules of Civil Procedure:

> NOTICE IS HEREBY GIVEN THAT THE S/V APACHE, Official number 1171716, was seized by the United States Marshal on or about October 12, 2007, pursuant to a Warrant of Arrest issued by the United States District Court For The District of Rhode Island in an action captioned Yacht Works, Inc. v. Laura Helene Andrew, Inc. and S/V APACHE, Civil Action Number 07-cv-00375-ML-DLM. Any claimant shall file a claim within ten (10) days after the date of this Notice and shall serve an Answer within twenty (20) days after filing the claim. The claim shall be verified on oath or solemn affirmation and shall state the interest in the property by virtue of which the claimant demands its restitution and the right

to defend the action. Copies should also be sent to the Plaintiff's attorney, Seth S. Holbrook, c/o Holbrook & Murphy, 150 238-240 Lewis Wharf, Boston, MA 02110.

**YACHT WORKS, INC.**
By its attorneys,

/s/ Seth S. Holbrook

Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

Certificate of Service

I hereby certify that on November 29, 2007, I electronically filed Plaintiff's Motion for Order of Publication with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Seth S. Holbrook

Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com