**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **YACHT WORKS, INC.,**<br>**Plaintiff**<br><br>**v.**<br><br>**LAURA HELENE ANDRE INC.,**<br>**In Personam**<br><br>**AND**<br><br>**S/V APACHE,**<br>**her engines and equipment,**<br>**In Rem**<br>**Defendants** | ) | **CIVIL ACTION NO.:**<br>**07-cv-00375-ML-DLM** |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT**

NOW COMES the plaintiff, by and through its undersigned attorneys, and objects to the Defendants' Motion for More Definite Statement. A memorandum of law is submitted herewith.

Respectfully Submitted,
By its attorneys,

/s/ Seth S. Holbrook

Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

Certificate of Service

I hereby certify that on December 10, 2007, I electronically filed Plaintiff's Objection to Defendants' Motion for More Definite Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com