**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **YACHT WORKS, INC.,**<br>**Plaintiff**<br><br>**v.**<br><br>**LAURA HELENE ANDRE INC.,**<br>**In Personam**<br><br>**AND**<br><br>**S/V APACHE,**<br>**her engines and equipment,**<br>**In Rem**<br>**Defendants** | **CIVIL ACTION NO.:**<br>**07-cv-00375-ML-DLM** |

**PLAINTIFF'S MOTION TO RELEASE VESSEL (ASSENTED TO)**

NOW COMES the plaintiff, by and through its undersigned attorneys, and moves this Honorable Court to release the S/V APACHE, presently in *custodia legis*, on the grounds that security satisfactory to the plaintiff has been substituted therefore.

The owner of the APACHE has provided a letter of undertaking, copy attached, evidencing funds being held in the trust account of defendant's counsel.

WHEREFORE, plaintiff prays this Court order the release of the APACHE.

Assented to,

/s/ Jeffrey Miller
Jeffrey Miller, Esq.
Law Office of Bosshardt & Miller
1600 Southeast 17th Street, Suite 405
Fort Lauderdale, FL 33316
(9514 764-8176

**Yacht Works, Inc.**
By its attorneys,

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

**Certificate of Service**

I hereby certify that on December 11, 2007, I electronically filed Plaintiff's Motion To Release Vessel (Assented To) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

______/s/ Seth S. Holbrook______
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com