UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

YACHT WORKS, INC.

v. CA 07-375 ML

LAURA HELENE ANDRE INC., and
S/V APACHE

MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion for More Definite Statement. Plaintiff objects.

Defendants' Motion is DENIED for the reasons set forth in Plaintiff's opposition. Defendants shall file an answer or other responsive pleading within ten (10) days of the date this order is entered.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
December 18, 2007