UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

CASE NO.: CA-07-375ML

YACHT WORKS, INC., for itself and Others,

Plaintiff,

v.

LAURA HELENE ANDRE, INC., *In Personam*

AND

S/V APACHE, her engines, tackle and equipment, *In Rem*

Defendants

# STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS, LAURA HELENE ANDRE, INC. AND S/V APACHE'S, MOTION FOR SUMMARY JUDGMENT ON CLAIMS BY YACHT WORKS, INC.

Defendants, Laura Helene Andre, Inc. ("Andre") and the S/V *Apache* ("*Apache*") (hereinafter sometimes collectively "Andre/Apache"), by and through the undersigned counsel, hereby submit pursuant to LR Cv 56(a) their statement of undisputed facts in support of their motion for summary judgment dismissing the claims of Plaintiff, "Yacht Works, Inc.", for lack of standing and capacity to sue.

1. The present action was commenced on October 9, 2007, by the filing of the Complaint by an entity identifying itself as "Yacht Works, Inc." (hereinafter "Yacht

Works").

2. The transactions giving rise to Yacht Works' claims against Apache/Andre commenced in or about August 2005. See Affidavit of Henry J. Poulos ("Poulos Affidavit"), filed contemporaneously herewith.

3. The transactions giving rise to Yacht Works' claims against Apache/Andre were undertaken on behalf of Yacht Works by its President, Michael A. Marcin, who dealt directly with the President of Andre, Harry J. Poulos. See Poulos Affidavit.

4. The records of the Florida Secretary of State reflect that the only corporation authorized to do business in Florida with a name containing "Yacht Works" is The Yacht Works, Inc., formed by Michael A. Marcin, the principal of "Yacht Works", on June 4, 1998. See Articles of Incorporation and cover letter to Florida Secretary of State, attached hereto as composite Exhibit "A".

5. The Yacht Works, Inc. was administratively dissolved for failure to file an annual report on September 21, 2001. As of this date, The Yacht Works, Inc. has not been reinstated. See Certificate of the Florida Secretary of State, certifying dissolution of The Yacht Works Inc., document number P98000050939, attached hereto as Exhibit "B".

6. The only business entity that the fictitious name records of the Florida Secretary of State show as operating in the State of Florida as "Yacht Works" at any time relevant to this action is an entity named National Yacht Brokerage LLC. See copy of Fictitious Name Registration, attached hereto as Exhibit "C". One of the members of National Yacht Brokerage LLC is a corporation named Yacht Works, Inc., organized under the laws of Wisconsin. See copy of certificate of status of Wisconsin Department

of Financial Institutions, attached hereto as Exhibit "D".

7. Andre has never contracted with or had any contact with either National Yacht Brokerage, LLC or its member, Yacht Works, Inc. (the Wisconsin corporation).

Respectfully Submitted,

/s/ *Matthew E. Smith*
Matthew E. Smith, RI Bar No. 4120
Attorney for Laura Helene Andre, Inc.
and the S/V *Apache*
1206 Westminster Street
Providence Rhode Island, 02909
Tel. (401) 453-0700
Fax. (401) 454-5557

- and -

/s/ *Jeffrey W. Miller*
Jeffrey W. Miller, Fla Bar #0012609
BOSSHARDT & MILLER LLP
Attorneys for Laura Helene Andre, Inc.
and the S/V *Apache*
1600 S.E.17th Street Causeway, Suite 405
Ft. Lauderdale, Florida 33316
(954) 764-7772
jeff@yachtlawyers.com

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically this 11th day of February 2008.

/s/ *Jeffrey W. Miller*
Jeffrey W. Miller, Fla Bar #0012609
BOSSHARDT & MILLER LLP
Attorneys for Laura Helene Andre, Inc.
and the S/V *Apache*
1600 S.E.17th Street Causeway, Suite 405
Ft. Lauderdale, Florida 33316
(954) 764-7772
jeff@yachtlawyers.com