Composite

EXHIBIT A

P98000050939

May 30, 1998
Secretary of State
Division of Corporations
Department of State
P.O. Box 6327
Tallahassee, Fl 32399

Attention: Charter Section

900002547769--7
-06/04/98--01067--006
****122.50 ****122.50

Gentlemen:

Enclosed please find properly executed Articles of Incorporation together with a copy of said articles for The Yacht Works, Inc.. I would appreciate your filing same with the Secretary of State.

I have enclosed a check in the total amount of $122.50 to cover the costs of said filing, incorporation and a certified copy of the Articles of Incorporation.

Very truly yours

Michael A. Marcin

Michael A. Marcin

FILED
98 JUN -4 AM 11:04
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**Paul V Clough, PA**
*Certified Public Accountant*
Pine Island North Professional Building
1860 N. Pine Island Rd.
Suite 104
Plantation, Florida 33322
(954) 370-1120

E Paul GAVE
AUTHORIZATION BY PHONE TO
CORRECT Reading tart. 1
DATE 6/8/98
DOC. EXAM TA

TA - 6/8/98

# ARTICLES OF INCORPORATION
# OF
# The Yacht Works, Inc.

The undersigned subscriber to these Articles of Incorporation, being a natural person, competent to contract, hereby associates himself to form a corporation under the law of the State of Florida. This Corporation shall have perpetual existence.

## ARTICLE I - NAME

The name of this corporation shall be: **The Yacht Works, Inc.**

## ARTICLE II - PURPOSE

The purpose of this Corporation is to engage in the transaction of any and all business permitted under the laws of the United States and of this State.

## ARTICLE III - CAPITAL STOCK

The maximum number of shares of stock that this Corporation is authorized to have outstanding at any time is one thousand (1000) shares of common stock having no par value.

## ARTICLE IV - BUSINESS COMMENCEMENT

The Corporation will not commence business until it has received for the issuance of shares consideration of the value of $1,000.00 consisting of money, labor done or property actually received.

## ARTICLE V - ADDRESS OF PRINCIPAL OFFICE

The initial principal address, mailing address and registered office address of this Corporation are the same and as follows: 1301 NW 99th Avenue Plantation, FL 33322-4684

## ARTICLE VI - INITIAL REGISTERED OFFICE AND AGENT

The name and street address of the initial registered agent of this Corporation is:

Michael A. Marcin
1301 NW 99th Avenue
Plantation, FL 33322-4684

I hereby am familiar with and accept the duties and responsibilities as registered agent for said Corporation.

Michael A. Marcin

FILED
98 JUN -4 AM 11:04
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## ARTICLE VII - INCORPORATORS

The name and address of the person signing these articles is:

| NAME | ADDRESS |
| --- | --- |
| Michael A. Marcin | 1301 NW 99th Avenue<br>Plantation, FL 33322-4684 |

## ARTICLE VIII - INITIAL BOARD OF DIRECTORS AND OFFICERS

This Corporation shall have two (2) directors and two (2) officers initially. The number of directors and officers may be either increased or decreased from time to time by the By-Laws, but shall never be less than one (1). The name and address of the initial directors and/or officers of this Corporation are:

| | NAME | ADDRESS | |
| --- | --- | --- | --- |
| Director/President | Michael A. Marcin | 1301 NW 99th Ave | Plantation, FL 33322-4684 |
| Director/Treasurer | Carol A. Marcin | 1301 NW 99th Ave | Plantation, FL 33322-4684 |

## ARTICLE IX - BY-LAWS

The power to adopt, alter, amend or repeal the by-laws shall be vested in the Board of Directors.

## ARTICLE X - POWERS OF INCORPORATOR

The powers of the incorporator cease upon filing of the Articles of Incorporation.

## ARTICLE XI - MANAGEMENT OF CORPORATION BY DIRECTORS AND OFFICERS

All corporate powers shall be exercised by or under the authority of the Board of Directors and the business affairs of this Corporation shall be managed under the direction of the Board of Directors of this Corporation.

## ARTICLE XII

The shares of the Corporation may be issued pursuant to the provisions of Section 1244 of the Internal Revenue Code in order that the shareholders of the Corporation may receive the benefits thereunder.

In witness whereof, the undersigned subscriber has executed these Articles of Incorporation of **The Yacht Works, Inc.** this 29th day of May, 1998.

Michael A. Marcin [signature]

Michael A. Marcin

STATE OF FLORIDA )
COUNTY OF BROWARD ) SS:

Before me, a Notary Public authorized to take acknowledgments in the State and County set forth above, personally appeared Michael A. Marcin, who is personally known to me and who executed the foregoing Articles of Incorporation and he acknowledged before me that he executed these Articles of Incorporation.

In witness whereof, I have hereunto set my hand and affixed my official seal of the State and County aforesaid, this 29th day of May, 1998.

Notary Public, State of Florida

NOTARY PUBLIC STATE OF FLORIDA
PAUL V. CLOUGH
COMMISSION # CC 651513
EXPIRES MAY 29, 2001
BONDED THRU
ATLANTIC BONDING CO., INC.