EXHIBIT B

# *State of Florida*

## *Department of State*

I certify from the records of this office that THE YACHT WORKS, INC. was a corporation organized under the laws of the State of Florida, filed on June 4, 1998.

The document number of this corporation is P98000050939.

I further certify that said corporation was administratively dissolved on September 21, 2001, for failure to file its annual report/uniform business report, as required by law.

***Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Sixth day of February, 2008***

***Secretary of State***

GREAT SEAL OF THE STATE OF FLORIDA
IN GOD WE TRUST

Authentication ID: **400117309484-020608-P98000050939**

To authenticate this certificate,visit the following site, enter this ID, and then follow the instructions displayed.
**www.sunbiz.org/auth.html**