EXHIBIT C

**FILED**
**May 04, 2007 8:00 am**
**Secretary of State**
05-04-2007 90002 019 ****60.00
G07124700103

529728

This space for office use only

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

**Note: Acknowledgements/certificates will be sent to the address in Section 1 only.**

**Section 1**

1. Yacht Works
Fictitious Name to be Registered (see instructions if name includes "Corp" or "Inc")

1318 SE 17th Street

Mailing Address of Business

Fort Lauderdale, FL 33316
City State Zip Code

3. Florida County of principal place of business: Broward

(see instructions if more than one county)

**Section 2**

**A. Owner(s) of Fictitious Name If Individual(s): (Use an attachment if necessary):**

1. Last First M.I.
Address
City State Zip Code

2. Last First M.I.
Address
City State Zip Code

**B. Owner(s) of Fictitious Name If other than an individual: (Use attachment if necessary):**

1. National Yacht Brokerage LLC
Entity Name
1318 SE 17th Street
Address
Fort Lauderdale, FL 33316
City State Zip Code
Florida Registration Number L05000085965 / G-801337060-6
FEI Number: 20-3036501
☐ Applied for ☐ Not Applicable

2. Entity Name
Address
City State Zip Code
Florida Registration Number
FEI Number:
☐ Applied for ☐ Not Applicable

**Section 3**

I (we) the undersigned, being the sole (all the) party(ies) owning interest in the above fictitious name, certify that the information indicated on this form is true and accurate. In accordance with Section 865.09, F.S., I (we) understand that the signature(s) below shall have the same legal effect as if made under oath. (At Least One Signature Required)

[signature] 4/26/07
Signature of Owner Date

Signature of Owner Date

Phone Number: 954-551-8869

Phone Number:

**Section 4**

**FOR CANCELLATION COMPLETE SECTION 4 ONLY:**
**FOR FICTITIOUS NAME OR OWNERSHIP CHANGE COMPLETE SECTIONS 1 THROUGH 4:**

I (we) the undersigned, hereby cancel the fictitious name National Yachts, which was registered on 6/30/05 and was assigned registration number G05182900035

[signature] 4/26/07
Signature of Owner Date

Signature of Owner Date

Mark the applicable boxes ☒ Certificate of Status — $10 ☐ Certified Copy — $30

**NON-REFUNDABLE PROCESSING FEE: $50**