UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

CASE NO.: CA-07-375ML

| | |
|---|---|
| YACHT WORKS, INC., for itself and Others, | ) |
| Plaintiff, | ) |
| v. | ) |
| LAURA HELENE ANDRE, INC., *In Personam* | ) |
| AND | ) |
| S/V APACHE, her engines, tackle and equipment, *In Rem* | ) |
| Defendants | ) |

**AFFIDAVIT OF HARRY J. POULOS**

BEFORE ME, the undersigned authority, appeared Harry J. Poulos, who upon being sworn, and upon his personal knowledge, states as follows:

1. I am the President of Laura Helene Andre, Inc., a corporation incorporated in the State of Pennsylvania and having its principal address at 73 Chestnut Road, Paoli, PA 19301.

2. Laura Helene Andre, Inc. is the sole owner of the "*Apache*", a 104' sailing vessel documented under the laws of the United States (O.N. 1171716).

3. In or about August of 2005, Laura Helene Andre, Inc., contracted with a company represented to me by Michael A. Marcin to be a corporation named "Yacht Works, Inc., which was to serve as project manager to oversee the repair and refit of the "*Apache*".

4. Throughout my relationship with Michael A. Marcin, he represented that Yacht Works, Inc., was his own company.

5. At no time was I or anyone affiliated with Laura Helene Andre, Inc. aware that Yacht Works, Inc. was not a validly existing Florida Corporation.

6. During the course of this litigation, it has been discovered through public records that a company named National Yacht Brokerage LLC is doing business in Florida and has registered the fictitious name "Yacht Works" in Florida. In addition, one of the Members of National Yacht Brokerage LLC is a corporation named Yacht Works, Inc., incorporated and existing under the laws of the state of Wisconsin ("Yacht Works Inc. (Wisconsin)").

7. Laura Helene Andre, Inc. has never contracted with or had any contact with either National Yacht Brokerage LLC or Yacht Works Inc. (Wisconsin), and neither of these companies has every performed any work on the "Apache."

Further affiant sayeth naught.

[signature]

Commonwealth ~~STATE~~ OF PENNSYLVANIA
COUNTY OF Chester

The foregoing instrument was acknowledged before me this 7th day of February 2008, by, Harry J. Poulos, who is personally known to me or has produced ______________ as identification.

(Notary Seal)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Lori A. Diefenderfer, Notary Public
Tredyffrin Twp., Chester County
My Commission Expires Nov. 3, 2008
Member, Pennsylvania Association of Notaries

Lori A Diefenderfer
Print or type name
Notary Public, ~~State of Florida~~ Commonwealth of PA
My Commission Expires: Nov 3, 2008
Commission Number: