**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **YACHT WORKS, INC.,**<br>**Plaintiff**<br><br>**v.**<br><br>**LAURA HELENE ANDRE INC.,**<br>**In Personam**<br><br>**AND**<br><br>**S/V APACHE,**<br>**her engines and equipment,**<br>**In Rem**<br>**Defendants** | **CIVIL ACTION NO.:**<br>**07-cv-00375-ML-DLM** |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ASSENTED TO)**

NOW COMES the plaintiff, by and through its undersigned attorneys, and moves that the time in which to file its opposition to the defendant's Motion for Summary Judgment be extended up to and including to March 13, 2008.

As reason therefore, plaintiff states that the additional time is necessary to gather information necessary to respond to defendant's Motion. The additional time is also necessary because of the schedule of plaintiff's counsel and the fact that the plaintiff is located in Florida. The current filing deadline is February 28, 2008.

Defendants' counsel assents to this Motion.

WHEREFORE, the plaintiff prays that the time in which to file its opposition to the defendant's Motion for Summary Judgment to be extended up to and including, March 13, 2008.

**Yacht Works, Inc.**
By its attorneys,

/s/ Seth Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

Assented to,

/s/ Jeffrey Miller
Jeffrey Miller, Esq.
Law Office of Bosshardt & Miller
1600 Southeast 17th Street, Suite 405
Fort Lauderdale, FL 33316
(954) 764-8176

**Certificate of Service**

I hereby certify that on February 27, 2008, I electronically filed Plaintiff's Motion To Extend Time to File Opposition to Defendant's Motion for Summary Judgment (Assented To) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Seth Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com