**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **YACHT WORKS, INC.,**<br>**Plaintiff**<br><br>**v.**<br><br>**LAURA HELENE ANDRE INC.,**<br>**In Personam**<br><br>**AND**<br><br>**S/V APACHE,**<br>**her engines and equipment,**<br>**In Rem**<br>**Defendants** | **CIVIL ACTION NO.:**<br>**07-cv-00375-ML-DLM** |

**<u>PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

NOW COMES the plaintiff, by and through its undersigned attorneys, and moves that the time in which to file its Opposition to the Defendant's Motion for Summary Judgment be extended up to and including to March 20, 2008.

As reason therefor, plaintiff states that the additional time is necessary because of the vacation schedule of plaintiff's counsel's staff. The additional time is also necessary because of the schedule of plaintiff's counsel and the fact that the plaintiff is located in Florida. The current filing deadline is March 13, 2008.

WHEREFORE, the plaintiff prays that the time in which to file its Opposition to the Defendant's Motion for Summary Judgment to be extended up to and including, March 20, 2008.

**Yacht Works, Inc.**
By its attorneys,

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

## Certificate of Service

I hereby certify that on March 13, 2008, I electronically filed Plaintiff's Motion To Extend Time to File Opposition to Defendant's Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com