**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **YACHT WORKS, INC.,**<br>**Plaintiff**<br><br>**v.**<br><br>**LAURA HELENE ANDRE INC.,**<br>**In Personam**<br><br>**AND**<br><br>**S/V APACHE,**<br>**her engines and equipment,**<br>**In Rem**<br>**Defendants** | **CIVIL ACTION NO.:**<br>**07-cv-00375-ML-DLM** |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the plaintiff, by and through its undersigned attorneys, and opposes the Defendant's Motion for Summary Judgment.

As reason therefor, plaintiff states that there are genuine issues of material fact and that the defendant is not entitled to judgment as a matter of law.

Plaintiff has moved for an extension of time in which to file its opposition and supporting memorandum and materials up to and including March 20, 2008. Plaintiff refers the Court to those materials when they are submitted. This pleading is being submitted provisionally to protect plaintiff's rights with regards to the Motion.

WHEREFORE, plaintiff prays that the Defendant's Motion for Summary Judgment be denied.

**Yacht Works, Inc.**
By its attorneys,

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

**Certificate of Service**

I hereby certify that on March 13, 2008, I electronically filed Plaintiff's Opposition to Defendant's Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com