**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **YACHT WORKS, INC.,**<br>**for itself and others,**<br>**Plaintiff**<br><br>**v.**<br><br>**LAURA HELENE ANDRE INC.,**<br>**In Personam**<br><br>**AND**<br><br>**S/V APACHE,**<br>**her engines and equipment,**<br>**In Rem**<br>**Defendants** | **CIVIL ACTION NO.:**<br>**07-cv-00375-ML-DLM** |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COMES the plaintiff by and through its undersigned attorneys and opposes the defendants' motion for summary judgment.

The motion should be denied because although Yacht Works, Inc, has been administratively dissolved, this suit was brought not only for the benefit of Yacht Works, Inc. but for others, specifically those entities identified in the body of the complaint.

Reference is made to the Memorandum of Law, the Statement of Disputed Facts and the Affidavit of Michael Marcin, that are submitted herewith.

Plaintiff is also submitting a Motion to Amend the Complaint. Thus, a granting of summary judgment would be unfair as the defendants had notice of the various claims of the entities identified in the original complaint.

Wherefore plaintiff prays that defendant's motion for summary judgment be denied and that it be permitted to substitute the names of various entities in the Letter of Undertaking that has been provided as security.

By its attorneys,

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

## Certificate of Service

I hereby certify that on March 20, 2008, I electronically filed Plaintiff's Opposition to Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com