**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **YACHT WORKS, INC.,**<br>**For itself and others**<br>**Plaintiff**<br><br>**v.**<br><br>**LAURA HELENE ANDRE INC.,**<br>**In Personam**<br><br>**AND**<br><br>**S/V APACHE,**<br>**her engines and equipment,**<br>**In Rem**<br>**Defendants** | **CIVIL ACTION NO.:**<br>**07-cv-00375-ML-DLM** |

**AFFIDAVIT OF MICHAEL MARCIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Michael Marcin who deposes and sayeth the following:

1. My name is Michael Marcin. I am a resident of Sunrise, FL.

2. I have personal knowledge of the matters contained in this Affidavit. To the extent that I do not have personal knowledge, the matters are set forth based upon information and belief.

3. I am a principal of Yacht Works, Inc., a Florida corporation. I now understand that Yacht Works, Inc. was in arrears with its corporate filings and that at the time of the work on the S/V APACHE, Yacht Works Inc. was not in good standing with the Florida Department of Corporations.

4. At all times throughout the work on the S/V APACHE, I did business as Yacht Works and/or Yacht Works, Inc. My letterhead and bank account utilized the

name Yacht Works, Inc. I did not realize that the corporation had been administratively dissolved.

5. I was engaged by the defendant to oversee and coordinate the repair and renovation work on the S/V APACHE. I was also asked by the owner to engage certain individuals and companies to perform certain types of specialized work on the vessel.

6. From the period of 2005 to 2007, I was the project manager and also purchased various materials for the vessel owner who is the defendant in this action.

7. As part of my duties, I engaged certain individuals and companies to perform work for the defendant on the S/V APACHE. Some of these individuals billed the vessel owner directly for the work. Even though I hired these individuals, they were working on the S/V APACHE for the owner's interest. At the owner's request, these individuals forwarded their invoices directly to the owner.

8. All the work on the S/V APACHE was properly done, in a workmanlike manner and consistent with the owner's requests.

9. The various individuals identified in the complaint that commenced this action are the individuals that I engaged on behalf of the owner and who performed work on the vessel and who have all advised me that they have not been paid for the work.

10. The schedule that is attached hereto shows a breakdown of the different individuals as well as the amounts owed to them by the defendant. With regards to the amount owed to me, that figure is for amounts that I expended for materials used on the S/V APACHE as well as my own time and expenses.

11. The total of the amount that is owed to the various above referenced individuals as well as myself is $75,327.06.

Signed under the pains and penalties of perjury, this 20th day of March, 2008.

/s/ Michael Marcin
Michael Marcin

Certificate of Service

I hereby certify that on March 20, 2008, I electronically filed the Affidavit of Michael Marcin in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com