**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **YACHT WORKS, INC.,**<br>**for itself and others,**<br>**Plaintiff**<br><br>**v.**<br><br>**LAURA HELENE ANDRE INC.,**<br>**In Personam**<br><br>**AND**<br><br>**S/V APACHE,**<br>**her engines and equipment,**<br>**In Rem**<br>**Defendants** | **CIVIL ACTION NO.:**<br>**07-cv-00375-ML-DLM** |

**STATEMENT OF DISPUTED FACTS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COMES the plaintiff, by and through its undersigned attorneys, and submits its Statement of Disputed Facts in Support of Its Opposition to Defendants' Motion for Summary Judgment.

1. The complaint was filed by "Yacht Works In., for itself and others." See complaint.

2. Admitted.

3. Acknowledged but see also Affidavit of Michael Marcin. Mr. Marcin purchased the materials for the vessel and engaged various entities who did work on the Apache and billed the defendant.

4. Admitted.

5. Acknowledged but see also Affidavit of Michael Marcin. Mr. Marcin did business as Yacht Works during the relevant time period.

6. Acknowledged but see also Affidavit of Michael Marcin. Mr. Marcin did business as Yacht Works during the relevant time period.

7. Acknowledged but see also Affidavit of Michael Marcin. Mr. Marcin did business as Yacht Works during the relevant time period.

By its attorneys,

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

Certificate of Service

I hereby certify that on March 20, 2008, I electronically filed Statement of Disputed Facts in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com