**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **YACHT WORKS, INC.,**<br>**for itself and others**<br>**Plaintiff**<br><br>**v.**<br><br>**LAURA HELENE ANDRE INC.,**<br>**In Personam**<br><br>**AND**<br><br>**S/V APACHE,**<br>**her engines and equipment,**<br>**In Rem**<br>**Defendants** | **CIVIL ACTION NO.:**<br>**07-cv-00375-ML-DLM** |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

NOW COMES the plaintiff, by and through its undersigned attorneys, and moves for leave to amend the Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure.

As reason therefore, plaintiff states that the amended complaint more clearly sets out the various claims against the defendant. Specifically, the Amended Complaint designates the entities set forth in Paragraph 3 of the Complaint in the caption, as well as in other portions of the document.

A Memorandum of Law is submitted herewith. The proposed amended complaint is attached hereto, pursuant to LR Cv 15(a).

WHEREFORE, plaintiff prays that it be granted leave to amend the Complaint.

By its attorneys,

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
Tel. (617) 428-1151
Fax (617) 428-6919
holbrook_murphy@msn.com

Certificate of Service

I hereby certify that on March 21, 2008, I electronically filed Plaintiff's Opposition to Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
Tel. (617) 428-1151
Fax (617) 428-6919
holbrook_murphy@msn.com