**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **YACHT WORKS, INC., for itself and others, MICHAEL MARCIN, MICHAEL MARCIN d/b/a YACHT WORKS, INC., MICHAEL MARCIN d/b/a YACHT WORKS, SUPER YACHT, PARADISE MARINE, ANDREW PIACANTE, COMFORT MARINE, AUSTIN PHILLIPS, ATLAS MARINE, ROBERT NANCE, and GENERAL FABRICS** <br> **Plaintiffs** <br><br> **v.** <br><br> **LAURA HELENE ANDRE INC., In Personam** <br><br> **AND** <br><br> **S/V APACHE, her engines, tackle and equipment, In Rem** <br> **Defendants** | **CIVIL ACTION NO.: 07-375-ML-DLM** |

**PLAINTIFFS' AMENDED COMPLAINT**

Now come the plaintiffs, by and through their attorneys, Holbrook & Murphy, and proceed *in rem* against the defendant vessel, S/V APACHE, to enforce a maritime lien, and *in personam* against defendant, Laura Helene Andre Inc. ("LHA"), for amounts owed and/or for any deficiency thereof.

**JURISDICTION**

1. Subject matter jurisdiction of this Honorable Court is based upon 28 U.S.C. sect. 1333 and the Commercial Instruments and Maritime Liens Act, as amended and recodified at 46

U.S.C. sect. 31301-31343. This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears and is an admiralty and maritime claim to enforce a maritime lien, within the meaning of Rule 9(h) of the Federal Rules of Procedure. The plaintiffs, Yacht Works, Inc., Michael Marcin, Michael Marcin d/b/a Yacht Works, Inc., Michael Marcin d/b/a Yacht Works, Super Yacht, Paradise Marine, Andrew Piacante, Comfort Marine, Austin Phillips, Atlas Marine, Robert Nance, and General Fabrics request that the special relief provided in Rule C of the Supplemental Rules for Certain Maritime and Admiralty Claims of the Federal Rules of Civil Procedure be granted with the arrest of the defendant vessel S/V APACHE.

**PARTIES**

2. The plaintiffs, Yacht Works, Inc., Michael Marcin, Michael Marcin d/b/a Yacht Works, Inc., Michael Marcin d/b/a Yacht Works, Super Yacht, Paradise Marine, Andrew Piacante, Comfort Marine, Austin Phillips, Atlas Marine, Robert Nance, and General Fabrics reside and do business in Florida.

3. At all times relevant hereto, Yacht Works Inc., for itself and others, Michael Marcin, Michael Marcin d/b/a Yacht Works, Inc., Michael Marcin d/b/a Yacht Works, Super Yacht, Paradise Marine, Andrew Piacante, Comfort Marine, Austin Phillips, Atlas Marine, Robert Nance and General Fabrics performed work on the APACHE or provided services to the APACHE and thus have a valid maritime lien on the S/V APACHE being sued upon in this action.

4. Defendant, S/V APACHE, is a vessel owned by defendant, Laura Helene Andre Inc. It is a 104 foot ketch sailing vessel which is currently at Newport Shipyard located in Newport, Rhode Island and during the pendency of this action will be within the jurisdiction of this Honorable Court.

5. Defendant, Laura Helene Andre Inc., is a corporation with a place of business in Pennsylvania.

6. At all times relevant hereto, the defendant Laura Helene Andre Inc., was, and still is, the owner of the S/V APACHE and all the work done by the plaintiffs, was done on the S/V APACHE while the vessel has been owned by LHA.

**COUNT I**
**Enforcement of a Maritime Lien**
**Against the S/V APACHE *In Rem***

7. Defendant Laura Helene Andre Inc. entered into contracts and subsequent agreements with plaintiffs, for various types of work and various materials to be supplied to the APACHE. The work was performed and the materials were supplied by the plaintiffs to the APACHE for Laura Helene Andre Inc.

8. Defendant Laura Helene Andre Inc. has not paid the plaintiffs.

9. As of this date, the defendant Laura Helene Andre Inc. owes $75,327 plus interest to Yacht Works, Inc. pursuant to the contracts and subsequent agreements. Schedule A attached hereto shows the breakdown of payments.

10. The plaintiffs have performed all conditions to enforcing a maritime lien.

**COUNT II**
***In Personam* Action Against Laura Helene Andre Inc.**

11. The plaintiffs repeat and reaffirm the allegations set forth in Paragraphs One (1) through Ten (10) of this complaint as if fully reinstated herein.

12. Pursuant to the terms of the contract and subsequent agreements, as well as maritime law, the defendant Laura Helene Andre Inc. is liable for the amount of the outstanding balance whether it be the total amount or the amount secured by the vessel or any deficiency thereof.

WHEREFORE, plaintiffs respectfully demand that the Court:

1. Issue process in due form of law, according to the practice of this Honorable Court in matters of admiralty and maritime jurisdiction, against defendant vessel, S/V APACHE and the defendant Laura Helene Andre Inc.;

2. Cite all persons having or claiming an interest therein to appear and answer this complaint;

3. As to Count I, enter judgment in favor of plaintiffs collectively for the full amount due under the contracts and subsequent agreements or individually as per Schedule A together with interest, costs, and expenses collection, including reasonable attorneys' fees as provided for in the contract, and order the defendant vessel S/V APACHE condemned and sold to pay its debts;

4. As to Count II, enter judgment against the defendant Laura Helene Andre Inc. individually, and in favor of plaintiffs for their damages as aforesaid, including, but not limited to, any outstanding deficiency which may accrue pursuant to the public sale of vessel S/V APACHE, together with interest, costs and reasonable attorneys' fees; and

5. Grant plaintiffs such other relief as justice may require.

**Yacht Works, Inc., Michael Marcin, Michael Marcin d/b/a Yacht Works, Inc., Michael Marcin d/b/a Yacht Works, Super Yacht, Paradise Marine, Andrew Piacante, Comfort Marine, Austin Phillips, Atlas Marine, Robert Nance, and General Fabrics**

By their attorneys,

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
Tel (617) 428-1151
Fax (617) 428-6919
holbrook_murphy@msn.com