**Schedule A**

| | |
|---|---|
| 1. Michael Marcin | $29,591.61 |
| 2. Super Yacht | $7,610.67 |
| 3. Paradise Marine | $425.00 |
| 4. Andrew Piacinte | $6,718.38 |
| 5. Comfort Marine | $4,801.00 |
| 6. Austin Phillips | $15,000.00 |
| 7. Atlas Marine | $7620.00 |
| 8. Robert Nance | $1,935.40 |
| 9. General Fabrics | $1,625.00 |

Total: $75,327.06