**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **YACHT WORKS, INC.,**<br>**for itself and others**<br>**Plaintiff**<br><br>**v.**<br><br>**LAURA HELENE ANDRE INC.,**<br>**In Personam**<br><br>**AND**<br><br>**S/V APACHE,**<br>**her engines and equipment,**<br>**In Rem**<br>**Defendants** | **CIVIL ACTION NO.:**<br>**07-cv-00375-ML-DLM** |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO AMEND COMPLAINT**

NOW COMES the plaintiff by and through its undersigned attorneys and submits its memorandum of law in support of its Motion to Amend Complaint.

## I. BACKGROUND

The original complaint in this action was filed by Yacht Works, Inc. for itself and others. In paragraph 3 of the Complaint, it is clearly set forth that the work on the APACHE that is subject of this litigation was performed by various entities who are identified in that paragraph. The Complaint further provides in paragraph 7 for Count I that the action is being brought by Yacht Works, Inc. for itself and these other entities. For Count II, paragraph 11 repeats and realleges the allegations set out in paragraphs one through ten.

It has been brought to plaintiff's attention that at the time of the filing of this action, as well as at the time the work was performed on the APACHE, Yacht Works, Inc., had been administratively dissolved by the Florida Secretary of State. While plaintiff contends that the original complaint clearly sets out the nature of the claim and who is making the claim, the Amended Complaint is even clearer and also identifies the various entities in the caption of the case.

## II. HOW THE AMENDED PLEADING DIFFERS FROM THE ORIGINAL

Pursuant to LR Cv. 15(b) the Amended Complaint identifies the entities that are set out in the original paragraph 3 of the Complaint. Further, the individual entities are now specified in paragraph 2 as well as referred to in the other paragraphs of the Amended Complaint. The amendment is necessary because of the administrative status of Yacht Works, Inc. and because the Amended Complaint more clearly identifies on whose behalf this action is being brought. The Amended Complaint also includes a Schedule showing the breakdown of the amounts owed to the Plaintiffs.

## III. APPLICABLE LAW

Rule 15(a) of the Federal Rules of Civil Procedure provides that a party may "amend the party's pleading only by leave of court… and leave shall be freely given when justice so requires". Here, justice requires that the plaintiff be permitted to amend its complaint because of the aforementioned administrative status of Yacht Works, Inc. and to eliminate any possible confusion as to the entities on whose behalf this action is being brought.

Further, pursuant to Rule 15(c), the amending of the complaint relates back to the original pleading as the claim asserted in the Amended Complaint "arose out of the

conduct, transaction or occurrence set forth or attempted to be set forth in the original pleading". There are no new causes of action. Thus, there is no surprise to the defendants as they were already on notice that this case was filed to seek recovery for the various entities who are owned money by the defendant, Laura Helene Andre Inc., for the work done on the APACHE.

## IV. CONCLUSION

Because there would be no prejudice to the defendants and because leave of court shall be freely given when justice so requires, the plaintiff's Motion to Amend its complaint should be granted.

By its attorneys,

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
Tel. (617) 428-1151
Fax (617) 428-6919
holbrook_murphy@msn.com

Certificate of Service

I hereby certify that on March 21, 2008, I electronically filed Plaintiff's Opposition to Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
Tel. (617) 428-1151
Fax (617) 428-6919
holbrook_murphy@msn.com