(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

YACHT WORKS, INC.
Plaintiff(s)

v. Dkt. No. CA-07-375 ML

LAURA HELENE ANDRE, INC., et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendants Laura Helene Andre, Inc. & S/V Apache hereby moves that H. Hugh McConnell be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Matthew B. Smith
Print Name

RI Bar ID # 4120

Email: matthew@verdecchialaw.com

Firm and Business Address

1206 Westminster St.

Providence, R.I. 02909

Tel. # 401-453-0700

Fax # 401-454-5557

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date