# HOLBROOK & MURPHY

**ATTORNEYS AT LAW**
**PROCTORS IN ADMIRALTY**

**238-240 Lewis Wharf**
**BOSTON, MASSACHUSETTS 02110**

**TELEPHONE (617) 428-1151**
**FACSIMILE (617) 428-6919**
**E-MAIL: holbrook_murphy@msn.com**

May 22, 2008

BY ELECTRONIC MAIL

Clerk's Office
United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

**Re:** ***Yacht Works, Inc. et al v. Laura Helene Andre, Inc. and S/V APACHE***
**Civil Action No.: 07-375-ML-DLM**

Dear Sir or Madam:

Enclosed for filing please find a Proposed Order. This is being submitted at the request of Judge Lisi following the hearing that took place before her on April 14, 2008.

Thank you for your cooperation. If you have any questions regarding the above, please do not hesitate to advise.

Very truly yours,

/s/ Seth S. Holbrook

Seth S. Holbrook

SSH/jk
Encl.
cc: all counsel