**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **YACHT WORKS, INC., for itself and others,**<br>**Plaintiff**<br>**v.**<br>**LAURA HELENE ANDRE INC., In Personam**<br>**AND**<br>**S/V APACHE, her engines, tackle and equipment, In Rem**<br>**Defendants** | **CIVIL ACTION NO.: 07-375-ML-DLM** |

**~~PROPOSED~~ ORDER**

After a hearing, and reviewing the briefs of counsel, Defendants' Motion for Summary Judgment is denied as the Plaintiff's Motion to Amend the Complaint moots the Motion. The Motion to Amend the Complaint is granted.

The Plaintiff is directed to file a Second Amended Complaint forthwith which names and describes the entities that are making a claim in this matter. The Plaintiff is also directed to submit the appropriate verification(s) for the Complaint.

Dated this 23rd day of May, 2008

Mary M. Lisi
Chief Judge Mary M. Lisi