**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MICHAEL MARCIN, MICHAEL MARCIN d/b/a YACHT WORKS, INC., MICHAEL MARCIN d/b/a YACHT WORKS, SUPER YACHT CARPENTRY, INC., PARADISE MARINE, INC., ANDREW PIACANTE, COMFORT MARINE INC., AUSTIN PHILLIPS, ATLAS MARINE INC., NANCE & UNDERWOOD, RIGGING & SAILS, INC., and GENERAL FABRICS, INC.,** **Plaintiffs** | **CIVIL ACTION NO.: 07-375-ML-DLM** |
| **v.** | |
| **LAURA HELENE ANDRE INC., In Personam** | |
| **AND** | |
| **S/V APACHE, her engines, tackle and equipment, In Rem** **Defendants** | |

**VERIFICATION of MICHAEL MARCIN**

The foregoing complaint is true to the knowledge of the deponent except as to matters herein stated to be alleged upon knowledge and belief and as to those matters, I believe them to be true.

The source of my knowledge and the grounds of my belief as to all matters not stated as of my own knowledge are conversations with Michael Marcin and review of documents provided and made a part of Plaintiff's Complaint.

I, Michel Marcin, verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, pursuant to 28 U.S.C. Section 1746.

/s/ Michael Marcin
Date: 6/27/08