UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

CASE NO.: CA-07-375ML

MICHAEL MARCIN, MICHAEL MARCIN d/b/a YACHT WORKS, INC. MICHAEL MARCIN d/b/a YACHT WORKS, SUPER YACHT CARPENTRY, INC., PARADISE MARINE, INC., ANDREW PIACANTE, COMFORT MARINE, INC., AUSTIN PHILLIPS, ATLAS MARINE INC., NANCE & UNDERWOOD, RIGGING & SAILS, INC., and GENERAL FABRICS, INC.,

Plaintiffs

v.

LAURA HELENE ANDRE, INC., *In Personam*

AND

S/V APACHE, her engines, tackle and equipment, *In Rem*

Defendants

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED VERIFIED COMPLAINT**

Pursuant to LR Cv 29(b), it is hereby stipulated by and between the undersigned counsel that the time within which Defendants, Laura Helene Andre, Inc. and the S/V *Apache*, may answer or otherwise respond to Plaintiffs' Amended Verified Complaint is extended by a period of seven (7) days through and including July 23, 2008.

/s/ *Seth S. Holbrook*
Seth S. Holbrook, RI Bar #5677
HOLBROOK & MURPHY
Attorneys for Plaintiff
238-240 Lewis Wharf
Boston, MA 02110
Tel. (617) 428-1151
holbrook_murphy@msn.com

/s/ *Matthew E. Smith*
Matthew E. Smith
Attorney for Defendants
R.I. Bar No.:
1206 Westminster Street
Providence Rhode Island, 02909
Tel. (401) 453-0700
Fax. (401) 454-5557
Mathew@Verdecchialaw.com

/s/ *Jeffrey W. Miller*
Jeffrey W. Miller, Fla Bar #0012609
BOSSHARDT & MILLER LLP
Attorneys for Defendants
1600 S.E.17th Street Causeway, Suite 405
Ft. Lauderdale, Florida 33316
(954) 764-7772
jeff@yachtlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically this 16th day of July 2008.

/s/ *Jeffrey W. Miller*
Jeffrey W. Miller, Fla Bar #0012609
BOSSHARDT & MILLER LLP
Attorneys for Defendants
1600 S.E.17th Street Causeway, Suite 405
Ft. Lauderdale, Florida 33316
(954) 764-7772
jeff@yachtlawyers.com